IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALLY SUE TULL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-811-D ) |
| MARTIN O'MALLEY, Commissioner of Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 13], issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.[1]

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 13] is **ADOPTED** in its entirety. The Commissioner's decision is **AFFIRMED**. A separate judgment shall be entered accordingly.

---

[1] *See Moore v. United States*, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS SO ORDERED** this 2nd day of May, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge